UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
AKEEM KELLY,

                Plaintiff,

v.

SGT. SAIDA WALI, et al.,

                Defendants.
-------------------------------------------------------------x

**ORDER**

25-CV-04119 (PMH)

PHILIP M. HALPERN, United States District Judge:

    On May 16, 2025, Akeem Kelly ("Plaintiff") commenced the instant action Sgt. Saida Wali, C.O. Joseph Sullivan, C.O. Brian Albert, and C.O. Michelle Hall ("Defendants"). (Doc. 1). On May 19, 2025, the Clerk of Court issued summonses as to Defendants with respect to the Complaint. (Doc. 9; Doc. 10; Doc. 11; Doc. 12). On May 30, 2025, Plaintiff filed affidavits of service as to the Defendants. (Doc. 8). Defendants did not answer or otherwise respond to the Complaint. There has been no activity on the docket since the filing of the affidavits of service.

    Plaintiff is directed to comply with this Court's Individual Practices Rule 4(B) by July 30, 2025. Failure to strictly comply with this Court's Individual Practices and this order may result in dismissal of this action in its entirety, without prejudice, for want of prosecution under Federal Rule of Civil Procedure 41(b).

SO ORDERED:

Dated: White Plains, New York
       July 1, 2025

                                                            _____
                                                             Hon. Philip M. Halpern
                                                             United States District Judge