**Office of the New York State Attorney General**

Application granted. The Parties shall file, by no later than September 10, 2026, all of the materials required under Rules 6(A) and 6(B) of the Court's Individual Practices. Additionally, the Court adjourns the case management conference scheduled for July 28, 2026, *sine die*.

SO ORDERED.

Philip M. Halpern
United States District Judge

Dated: White Plains, New York
July 9, 2026

**Via ECF**
Hon. Philip M. Halpern
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, NY 10601

Re: Kelly v. Wali, et al., 25 Civ. 4119 (PMH)

Dear Judge Halpern:

My office represents the Defendants in this action. I write to the Court jointly with Plaintiff's counsel to respectfully request an adjournment of the upcoming July 10, 2026 deadline under Your Honor's Individual Rules to submit a Joint Pre-Trial Order to September 10 and an adjournment of the upcoming July 28 conference.[1] The reason for the this request is to allow the parties to further explore settlement[2] and for my office to obtain the necessary approvals. In addition, as noted in my June 8 letter to the Court (ECF No. 40), I will be out of the country on July 28.[3]

We thank the Court for its consideration.

Respectfully submitted,
*/s/ Jeb Harben*
JEB HARBEN
ASSISTANT ATTORNEY GENERAL
(212) 416-6185
Jeb.harben@ag.ny.gov

cc: Counsel for Plaintiff (via ECF)

1 Defendants have concluded that the claims in this action are not amenable to summary judgment.

2 It is anticipated that any settlement will also resolve Plaintiff's parallel Court of Claims action, so I must coordinate with my counterpart handling that matter.

3 Shortly after my June 8 letter my travel plans were finalized and I will be on my flight when the conference is scheduled and will not be able to participate telephonically.