Application granted. The Parties shall file, by no later than October 9, 2026, all of the materials required under Rules 6(A) and 6(B) of the Court's Individual Practices.

The Clerk of Court is respectfully requested to terminate the letter motion pending at Doc. 45.

SO ORDERED.

Philip M. Halpern
United States District Judge

Dated: White Plains, New York
September 2, 2026

**Office of the New York State Attorney General**

**Via ECF**
Hon. Philip M. Halpern
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, NY 10601

Re: Kelly v. Wali, et al., 25 Civ. 4119 (PMH)

Dear Judge Halpern:

My office represents the Defendants in this action. I write to the Court jointly with Plaintiff's counsel to respectfully request an adjournment of the upcoming September 10, 2026 deadline to submit materials required under Rules 6(A) and 6(B) of the Court's Individual Practices under Your Honor's Individual Rules to October 9. The reason for this request is for my office to obtain the necessary final approvals for a potential settlement and to avoid Plaintiff's counsel incurring any additional time accruals that may be unnecessary due to a settlement. This deadline was previously adjourned by the Court (ECF No. 44) from July 10 to September 10.

We thank the Court for its consideration.

Respectfully submitted,
*/s/ Jeb Harben*
JEB HARBEN
ASSISTANT ATTORNEY GENERAL
(212) 416-6185
Jeb.harben@ag.ny.gov

cc: Counsel for Plaintiff (via ECF)